UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

RECEIVED & FILED
'6 SEP 20 PM 2: 59
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| | |
|---|---|
| PRAMCO, LLC<br>Plaintiff,<br><br>vs.,<br><br>HIGH TECHNOLOGY LABORATORY,<br>INC. LABORATORY, INC. AND<br>FEDERICO ASMAR RIZEK<br><br>Defendants. | CIVIL NO. 01-2562 (JAF)<br><br>RE: COLLECTION OF MONIES,<br>FORECLOSURE OF PLEDGE AND<br>MORTGAGE |

## ORDER OF EXECUTION OF PERSONAL PROPERTY

Upon plaintiff's Motion for Execution of the Judgment entered by this Court on November 15, 2004, and it appearing from the records of this Court and from plaintiff's motion that the defendant failed to pay the plaintiff in full the sums of money adjudged to be paid under the said judgment, and it appearing further that more than ten (10) days have elapsed from the entry of judgment;

IT IS HEREBY ORDERED that cash, checks, monies in banks or other institutions, accounts receivable, promissory notes, stock, bonds, equipment, securities, and any other property of High Technology Laboratory, Inc. and Federico Asmar Rizek, subject to execution, up to a value of $378,612.77 plus interest of $164,906.89 as of November 13, 2001, and thereafter until it's full and total payment, which interest amount increases at the rate of 10% per annum, plus costs, disbursements and attorney fees, and the costs and attorney's fees incurred in the execution of the Writ of Execution of Personal Property; it is further

Order of Execution
Civil No. 01-2562 (JAF)

ORDERED that the properties to be executed in compliance with this Order consist of those designated by the plaintiff in the manner provided for by the laws of Puerto Rico; it is further ORDERED that the Clerk of this Court issue a Writ of Execution of Personal Property, without bond, since the relief requested is subsequent to the entry of the above mentioned Judgment, directed to Ángel Ciro Betancourt a private party designated to execute the Writ of Execution of Personal Property in lieu of the U.S. Marshal, directing him to attach, garnish or seize any or all merchandise, funds, or other property of, or in the possession of High Technology Laboratory, Inc. and Federico Asmar Rizek, up to the value of, $378,612.77 plus interest of $164,906.89 as of November 13, 2001, and thereafter until it's full and total payment, which interest amount increases at the rate of 10% per annum, plus costs, disbursements and attorney fees, and the costs and attorney's fees incurred in the execution of the Writ of Execution of Personal Property as may be designated by the plaintiff, including property in the possession of other persons. All such property shall be seized and deposited with the custodian named in this Order; and in the event of garnishment, by giving notice of this Order to High Technology Laboratory, Inc. and Federico Asmar Rizek, and requiring the surrender of the property or payment of the money to Ángel Ciro Betancourt the private party designated in lieu of the U.S. Marshal. Ángel Ciro Betancourt the private party designated in lieu of the U.S. Marshal is hereby authorized to break and open locks as may be necessary to execute this order; it is further ORDERED that Ángel Ciro Betancourt the private party designated in lieu of the U.S. Marshal shall thereafter file a return of

Order of Execution
Civil No. 01-2562 (JAF)

execution describing the property, garnished or seized pursuant to this Order; it is further ORDERED that the custodian hereby appointed on request of the plaintiff shall also be: Ángel Ciro Betancourt, 1519 Ponce De León Avenue, 8th Floor, Suite 811, San Juan, Puerto Rico 00908.

SO ORDERED.

In San Juan, Puerto Rico, this 18th day of Sept., 2006.

_____
U.S. DISTRICT JUDGE